1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   MICHAEL ANDRE ROGERS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 MICHAEL ANDRE ROGERS,         ) No. Civ. S 11-1288 MCE CMK
                                 )
12              Petitioner,      ) **STIPULATED REQUEST TO VACATE**
                                 ) **DEADLINE TO FILE RESPONSE AND FOR**
13     v.                        ) **LEAVE TO FILE JOINT STATUS**
                                 ) **REPORT; ORDER**
14 BRENDA M. CASH,               )
                                 )
15              Respondent.      )
                                 ) Judge:  Honorable Craig M.
16 _____ ) Kellison

17      COME NOW Petitioner, MICHAEL ANDRE ROGERS, by and through his

18 counsel, Assistant Federal Defender David M. Porter, and Respondent,

19 BRENDA M. CASH, by and through her counsel, Deputy Attorney General

20 Brian Roy Means, to request that the Court enter the order lodged

21 herewith vacating the deadline for filing a response to the habeas

22 corpus petition and granting leave to file a joint status report for

23 the reasons set forth below.

24      Counsel for Mr. Rogers is in the process of researching the law

25 concerning the claims asserted in the pro se federal habeas corpus

26 petition, and is continuing efforts to obtain the state court file,

27 having filed in the Sacramento Superior Court on January 27, 2012 an ex

28 parte application to obtain copies of confidential/sealed court

1   documents, which is still pending.

2       Accordingly, the parties respectfully request the Court enter the

3   order lodged herewith vacating the January 18, 2012 order setting a

4   deadline for the filing of a response to the pro se petition, and

5   granting leave to file a joint status report on or before March 9,

6   2012.

7   Dated:  February 2, 2012

8   Respectfully submitted,

9   KAMALA D. HARRIS                    DANIEL J. BRODERICK
    Attorney General                    Federal Defender

10

11
     _/s/ Brian Roy Means_               _/s/ David M. Porter_
12  BRIAN ROY MEANS                     DAVID M. PORTER
    Deputy Attorney General             Assistant Federal Defender
13
    Attorney for Respondent             Attorney for Petitioner
14  BRENDA M. CASH                      MICHAEL ANDRE ROGERS

15

16                              **ORDER**

17      Pursuant to the stipulated request of the parties, and good cause

18  appearing therefor, IT IS ORDERED that the January 18, 2012 order

19  setting a deadline for the filing of a response to the pro se petition

20  is VACATED.  On or before March 9, 2012, the parties shall file a joint

21  status report.

22

23

24   DATED:  February 7, 2012

25                              _____

26                              CRAIG M. KELLISON
                                UNITED STATES MAGISTRATE JUDGE

27

28

                                    2