DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL ANDRE ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDRE ROGERS,<br><br>          Petitioner,<br><br>   v.<br><br>BRENDA M. CASH,<br><br>          Respondent. | No. Civ. S 11-1288 MCE CMK<br><br>**STIPULATED REQUEST TO VACATE DEADLINE TO FILE RESPONSE AND FOR LEAVE TO FILE JOINT STATUS REPORT; ORDER**<br><br>Judge: Honorable Craig M. Kellison |

    COME NOW Petitioner, MICHAEL ANDRE ROGERS, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondent, BRENDA M. CASH, by and through her counsel, Deputy Attorney General Brian Roy Means, to request that the Court enter the order lodged herewith vacating the deadline for filing a response to the habeas corpus petition and granting leave to file a joint status report for the reasons set forth below.

    Counsel for Mr. Rogers is in the process of researching the law concerning the claims asserted in the pro se federal habeas corpus petition, and is continuing efforts to obtain the state court file, having filed in the Sacramento Superior Court on January 27, 2012 an ex parte application to obtain copies of confidential/sealed court

documents, which is still pending.

Accordingly, the parties respectfully request the Court enter the order lodged herewith vacating the January 18, 2012 order setting a deadline for the filing of a response to the pro se petition, and granting leave to file a joint status report on or before March 9, 2012.

Dated:  February 2, 2012

Respectfully submitted,

| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Brian Roy Means*<br>BRIAN ROY MEANS<br>Deputy Attorney General<br><br>Attorney for Respondent<br>BRENDA M. CASH | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender<br><br>Attorney for Petitioner<br>MICHAEL ANDRE ROGERS |

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that the January 18, 2012 order setting a deadline for the filing of a response to the pro se petition is VACATED.  On or before March 9, 2012, the parties shall file a joint status report.

DATED:  February 7, 2012

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE