1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioner
   MICHAEL ANDRE ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL ANDRE ROGERS,        | ) No. Civ. S 11-1288 MCE CMK |
|------------------------------|------------------------------|
|              Petitioner,     | ) **STIPULATED REQUEST TO RESET** |
|                              | ) **DEADLINE TO FILE JOINT STATUS** |
|     v.                       | ) **REPORT; ORDER**          |
|                              | )                            |
| BRENDA M. CASH,              | )                            |
|                              | )                            |
|              Respondent.     | ) Judge: Honorable Craig M. Kellison |

COME NOW Petitioner, MICHAEL ANDRE ROGERS, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondent, BRENDA M. CASH, by and through her counsel, Deputy Attorney General Brian Roy Means, to request that the Court enter the order lodged herewith resetting the deadline for filing a joint status report for the reasons set forth below.

Counsel for Mr. Rogers has recently received a copies of the medical file and central file, but they are voluminous and counsel requires an extension of time to allow for their review. Accordingly, the parties respectfully request the Court enter the order lodged herewith resetting the deadline for filing a joint status report from

/ / /

March 23, 2012, to April 13, 2012.

Dated:  March 23, 2012

Respectfully submitted,

| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Brian Roy Means*<br>BRIAN ROY MEANS<br>Deputy Attorney General<br><br>Attorney for Respondent<br>BRENDA M. CASH | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender<br><br>Attorney for Petitioner<br>MICHAEL ANDRE ROGERS |

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that the March 23, 2012 deadline for the filing of a joint status report is **RESET** to April 13, 2012.

DATED:  March 27, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE