DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL ANDRE ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDRE ROGERS, | ) | No. Civ. S 11-1288 MCE CMK |
| | ) | |
| Petitioner, | ) | **STIPULATED REQUEST TO RESET** |
| | ) | **DEADLINE TO FILE JOINT STATUS** |
| v. | ) | **REPORT; ORDER** |
| | ) | |
| BRENDA M. CASH, | ) | |
| | ) | |
| Respondent. | ) | Judge: Honorable Craig M. |
| | ) | Kellison |
| _____ | ) | |

COME NOW Petitioner, MICHAEL ANDRE ROGERS, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondent, BRENDA M. CASH, by and through her counsel, Deputy Attorney General Brian Roy Means, to request that the Court enter the order lodged herewith resetting the deadline for filing a joint status report for the reasons set forth below.

Counsel for Mr. Rogers has now reviewed the medical file and central file, but has been unable to meet with Mr. Rogers' trial counsel because of deadlines in other cases. The undersigned is scheduled to meet with Mr. Rogers' trial counsel on April 19, 2012. Accordingly, the parties respectfully request the Court enter the order lodged herewith resetting the deadline for filing a joint status report

from April 13, 2012, to April 27, 2012.

Dated:  April 12, 2012

Respectfully submitted,

| KAMALA D. HARRIS | DANIEL J. BRODERICK |
|---|---|
| Attorney General | Federal Defender |

 /s/ *Brian Roy Means*              /s/ *David M. Porter*
BRIAN ROY MEANS                  DAVID M. PORTER
Deputy Attorney General          Assistant Federal Defender

Attorney for Respondent          Attorney for Petitioner
BRENDA M. CASH                   MICHAEL ANDRE ROGERS

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that the April 13, 2012 deadline for the filing of a joint status report is **RESET** to April 27, 2012.

DATED:  April 13, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2