DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL ANDRE ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDRE ROGERS,<br><br>    Petitioner,<br><br>v.<br><br>BRENDA M. CASH,<br><br>    Respondent. | No. Civ. S 11-1288 MCE CMK<br><br>**STIPULATED REQUEST TO RESET DEADLINE TO FILE JOINT STATUS REPORT; ORDER**<br><br>Judge: Honorable Craig M. Kellison |

    COME NOW Petitioner, MICHAEL ANDRE ROGERS, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondent, BRENDA M. CASH, by and through her counsel, Deputy Attorney General Brian Roy Means, to request that the Court enter the order lodged herewith resetting the deadline for filing a joint status report for the reasons set forth below.

    The meeting that the habeas counsel had scheduled for April 19, 2012 with Mr. Rogers' trial counsel was delayed for medical reasons until April 25, 2012, but did take place on that date. Information obtained at that meeting requires follow-up and further consultation with Mr. Rogers; accordingly, habeas counsel is requesting a four-week extension of the deadline for filing the joint scheduling statement,

and the parties respectfully request the Court enter the order lodged herewith resetting the deadline for filing a joint status report from April 27, 2012, to May 29, 2012.

Dated:  April 27, 2012

Respectfully submitted,

| KAMALA D. HARRIS | DANIEL J. BRODERICK |
|---|---|
| Attorney General | Federal Defender |
| | |
| /s/ *Brian Roy Means* | /s/ *David M. Porter* |
| BRIAN ROY MEANS | DAVID M. PORTER |
| Deputy Attorney General | Assistant Federal Defender |
| Attorney for Respondent | Attorney for Petitioner |
| BRENDA M. CASH | MICHAEL ANDRE ROGERS |

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that the April 27, 2012 deadline for the filing of a joint status report is **RESET** to May 29, 2012.

DATED:  April 30, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2