DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MICHAEL ANDRE ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANDRE ROGERS, | ) | No. Civ. S 11-1288 MCE CMK |
| | ) | |
| Petitioner, | ) | **STIPULATED REQUEST TO RESET** |
| | ) | **DEADLINE TO FILE JOINT STATUS** |
| v. | ) | **REPORT; ORDER** |
| | ) | |
| BRENDA M. CASH, | ) | |
| | ) | |
| Respondent. | ) | Judge: Honorable Craig M. Kellison |
| _____ | ) | |

COME NOW Petitioner, MICHAEL ANDRE ROGERS, by and through his counsel, Assistant Federal Defender David M. Porter, and Respondent, BRENDA M. CASH, by and through her counsel, Deputy Attorney General Brian Roy Means, to request that the Court enter the order lodged herewith resetting the deadline for filing a joint status report for the reasons set forth below.

Habeas counsel has met a second time with Mr. Rogers' trial counsel, on May 24, 2012, and additional time is needed to consult with Mr. Rogers before the filing of the joint status report. Accordingly, habeas counsel is requesting a four-week extension of the deadline for filing the joint scheduling statement, and the parties respectfully request the Court enter the order lodged herewith resetting the

deadline for filing a joint status report from May 29, 2012, to June 29, 2012.

Dated:  May 29, 2012

Respectfully submitted,

| KAMALA D. HARRIS | DANIEL J. BRODERICK |
| Attorney General | Federal Defender |

 /s/ *Brian G. Smiley*                    /s/ *David M. Porter*
BRIAN G. SMILEY                       DAVID M. PORTER
Supervising Deputy A.G.               Assistant Federal Defender

Attorney for Respondent               Attorney for Petitioner
BRENDA M. CASH                        MICHAEL ANDRE ROGERS

**ORDER**

Pursuant to the stipulated request of the parties, and good cause appearing therefor, IT IS ORDERED that the May 29, 2012 deadline for the filing of a joint status report is **RESET** to June 29, 2012.

DATED:  June 5, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE