IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDRE ROGERS, | No. CIV S-11-1288-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| BRENDA M. CASH, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has filed a notice of voluntary dismissal (Doc. 27). Because no response to the petition has been filed, leave of court is not required and this action is dismissed on petitioner's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: June 25, 2012

                                                        _____
                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

1